## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ZAIRE HITIMANA KIHUTU, also known as Laris Kihutu Mpagazihe,<br><br>Plaintiff,<br><br>v.<br><br>WINONA STATE UNIVERSITY and METROPOLITAN STATE UNIVERSITY,<br><br>Defendants. | Civ. No. 17-4928 (SRN/BRT)<br><br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated December 13, 2017 [Doc. No. 4]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This matter is **SUMMARILY DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. Plaintiff Zaire Hitimana Kihutu's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 2, 2018　　　　　　　　　　s/Susan Richard Nelson
　　　　　　　　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　　　　　　　　United States District Judge